LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
OSCAR JULIUS GRANT, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR JULIUS GRANT, JR., <br><br> Plaintiff, <br><br> v. <br><br> BAY AREA RAPID TRANSIT DISTRICT (BART); GARY GEE, in his official capacity as CHIEF OF POLICE for BART; JOHANNES MEHSERLE, individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: C09-04014 MHP <br><br> REQUEST BY LEAD COUNSEL FOR PLAINTIFF OSCAR JULIUS GRANT, JR., PURSUANT TO LOCAL RULE 16.10(b) TO BE EXCUSED FROM INITIAL CASE MANAGEMENT CONFERENCE; STIPULATION; ~~PROPOSED~~ ORDER <br><br> Date: October 19, 2009 <br> Time: 4:00 p.m. <br><br> Location: Courtroom 15, 18th Floor <br><br> Judge: The Honorable Marilyn Hall Patel |

Local Rules 16.10(b) requires that lead counsel attend the initial Case Management Conference "unless excused by the Judge". Lead counsel for Plaintiff Oscar Julius Grant, Jr., will be unable to attend the initial Case Management Conference as he has an already-booked vacation which takes him out of the State from October 18 through October 25, 2009.

Rather than requesting re-scheduling of the Case Management Conference (also set in the related case of Johnson, et al. v. Bay Area Rapid Transit District (BART), et al., Case No. C 09-00901 ~~(091)~~ due to Mr. Lagos' unavailability, it is respectfully requested that he be excused from attendance and that John Burris, Esq., lead counsel for Plaintiffs Wanda Johnson, et al., in said

1  related case (Johnson, et al. v. Bay Area Rapid Transit District (BART), et al., Case No. C 09-
2  CC9C1 (0091), be permitted to appear specially at the initial Case Management Conference on behalf of
3  Plaintiff Oscar Julius Grant, Jr.

5  Dated: September 28, 2009                    Respectfully submitted,
6                                               LAW OFFICES OF PANOS LAGOS

                                                _____
                                                Panos Lagos, Esq.
9                                               Attorney for Plaintiff,
                                                OSCAR JULIUS GRANT, JR.

11 STIPULATION:
12     I, John Burris, hereby agree and stipulate to appear specially for Panos Lagos at the initial
13 Case Management Conference set for October 19, 2009 at 4:00 p.m. in the Honorable Marilyn
14 Hall Patel's Courtroom (Courtroom 15).

16 Dated: September 25, 2009                    LAW OFFICES OF JOHN BURRIS

                                                _____
                                                John Burris, Esq.
19                                              Attorney for Plaintiffs,
                                                WANDA JOHNSON, et al.

21 IT IS SO ORDERED.
22 Dated: 9/30/2009
                                                HONORABLE MARILYN H. PATEL

                                                IT IS SO ORDERED
                                                _____
                                                Judge Marilyn H. Patel

REQUEST FOR LEAD COUNSEL TO BE EXCUSED FROM
INITIAL CASE MANAGEMENT CONFERENCE                                                      -2-