1  LAW OFFICES OF PANOS LAGOS
   Panos Lagos, Esq. / SBN 61821
2  5032 Woodminster Lane
   Oakland, CA  94602
3  (510)530-4078
   (510)530-4725/FAX
4  panoslagos@aol.com

5  Attorney for Plaintiff,
   OSCAR JULIUS GRANT, JR.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 OSCAR JULIUS GRANT, JR.,            ) Case No.: C09-04014 MHP
                                       )
11              Plaintiff,             )
                                       )
12 v.                                  ) PLAINTIFF'S DISCLOSURE OF NON-
                                       ) PARTY INTERESTED ENTITIES OR
13 BAY AREA RAPID TRANSIT DISTRICT     ) PERSONS
   (BART); GARY GEE, in his official capacity )
14 as CHIEF OF POLICE for BART;        )
   JOHANNES MEHSERLE, individually and )
15 in his official capacity as a police officer for )
   BART; ANTHONY PIRONE, individually )
16 and in his official capacity as a police officer )
   for BART; MARYSOL DOMENICI,        )
17 individually and in her official capacity as a )
   police officer for BART; and DOES 1-50, )
18 inclusive,                          )
                                       )
19              Defendants.            )
                                       )
20 ─────────────────────────────────────

21       Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, other than the

22 named parties, there is no such interest to report.

23

24 Dated: October 13, 2009           LAW OFFICES OF PANOS LAGOS

25

26                                   _____
                                     Panos Lagos, Esq.
27                                   Attorney for Plaintiff,
                                     OSCAR JULIUS GRANT, JR.
28