LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
OSCAR JULIUS GRANT, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR JULIUS GRANT, JR., <br><br> Plaintiff, <br><br> v. <br><br> BAY AREA RAPID TRANSIT DISTRICT (BART); GARY GEE, in his official capacity as CHIEF OF POLICE for BART; JOHANNES MEHSERLE, individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his official capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: C09-04014 MHP <br><br> PLAINTIFF'S SUPPLEMENTAL DISCLOSURE STATEMENT PURSUANT TO FRCP RULES 26(a) |

**In compliance with FRCP 26(a)(1), Plaintiff OSCAR JULIUS GRANT, JR. discloses the following supplemental information relative to evidentiary documents:**

1. An undated letter to Plaintiff from "Jr. Oscar 3rd"

2. An undated Father's Day card to Plaintiff from "Oscar Grant III"

Dated: December 30, 2009

LAW OFFICES OF PANOS LAGOS

/s/ Panos Lagos

Panos Lagos, Esq.
Attorney for Plaintiff,
OSCAR JULIUS GRANT, JR.

PLAINTIFF'S SUPPLEMENTAL DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 26(a)       - 1 -
CASE NO.: C09-04014 MHP