Shimea C. Anderson SBN No.:234717
LAW OFFICE OF SHIMEA C. ANDERSON
385 Grand Avenue, Suite 201
Oakland, CA 94610
Phone(510) 208-2800
Fax:(510) 280-0830
Email: Shimealaw@gmail.com

Attorney for Plaintiff
JOHNTUE CALDWELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNTUE CALDWELL,<br><br>Plaintiff<br><br>vs.<br><br>BAY AREA RAPID TRANSIT DISTRICT; GARY GEE, in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT, JOHANNES MEHSERLE individually and in his official capacity as a police officer for BART; ANTHONY PIRONE, individually and in his personal capacity as a police officer for BART; MARYSOL DOMENICI, individually and in her official capacity as a police officer for BART; and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND ALL RELATED CASES:<br><br>WANDA JOHNSON, ET AL.,<br>      Case No.: C09-00901 EMC<br>_____/<br><br>JACK BRYSON, JR., ET AL.,<br>      Case No.: C09-04835 EMC<br>_____/<br><br>OSCAR JULIUS GRANT, ET. AL.<br>      Case No.:09-4014 EMC | CASE NO.:  C10-00005<br><br>STIPULATION CONTINUING AUGUST 12, 2011 CASE MANAGEMENT AND PROPOSED ORDER<br><br><br><br>Date: August 12, 2011<br>Time: 9:00 a.m.<br>Judge: District Judge  Edward M. Chen |

STIPULATION/ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE                                                          - 1 -
CASE NO.: C10-00005 MHP (JCS)

TO THE HONORABLE DISTRICT JUDGE EDWARD M. CHEN:

The parties hereto, by and through their attorneys of record, agree that the Case Management Conference scheduled for August 12, 2011 at 9:00 am before the Honorable Judge Edward M. Chen is continued for at least thirty days on a date and time set by the Court.

SO STIPULATED.

Dated: August 4, 2011           LAW OFFICE OF SHIMEA C. ANDERSON


By   /s/ Shimea C. Anderson
SHIMEA C. ANDERSON
Attorneys for Plaintiff
JOHNTUE CALDWELL


Dated: August 4, 2011           LOW, BALL & LYNCH


By   /s/ Dirk D. Larsen
DALE L. ALLEN, JR.
LINDA MEYER
DIRK D. LARSEN
Attorneys for Defendants
BAY AREA RAPID TRANSIT DISTRICT,
GARY GEE in his official capacity as CHIEF OF POLICE for BAY AREA RAPID TRANSIT DISTRICT and DOROTHY DUGGER in her official capacity as GENERAL MANAGER for BAY AREA RAPID TRANSIT DISTRICT


Dated: August ____, 2011        RAINS, LUCIA & STERN


By_____ (SEE ATTACHED)
MICHAEL L. RAINS
Attorneys for Defendant
JOHANNES MEHSERLE


Dated: August 4, 2011           BERRY WILKINSON LAW GROUP


By  /s/  Alison Berry Wilkinson
ALISON BERRY WILKINSON
Attorney for Defendant
MARYSOL DOMENICI

STIPULATION/ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE          - 2 -
CASE NO.: C10-00005 MHP (JCS)

1 | Dated: August 4, 2011     LAW OFFICES OF WILLIAM R. RAPOPORT

By  /s/ William R. Rapoport
WILLIAM R. RAPOPORT
Attorneys for Defendant
ANTHONY PIRONE

///
///
///
///
///

1  TO THE HONORABLE DISTRICT JUDGE EDWARD M. CHEN:

2       The parties hereto, by and through their attorneys of record, agree that the Case Management

3  Conference scheduled for August 12, 2011 at 9:00 am before the Honorable Judge Edward M. Chen

4  is continued for at least thirty days on a date and time set by the Court.

5       SO STIPULATED.

6  Dated: August ____, 2011             LAW OFFICE OF SHIMEA C. ANDERSON

8                                       By_____
                                        SHIMEA C. ANDERSON
9                                       Attorneys for Plaintiff
                                        JOHNTUE CALDWELL

11 Dated: August ____, 2011             LOW, BALL & LYNCH

13                                      By_____
                                        DALE L. ALLEN, JR.
14                                      LINDA MEYER
                                        DIRK D. LARSEN
15                                      Attorneys for Defendants
                                        BAY AREA RAPID TRANSIT DISTRICT,
16                                      GARY GEE in his official capacity as CHIEF OF
                                        POLICE for BAY AREA RAPID TRANSIT
17                                      DISTRICT and DOROTHY DUGGER in her official
                                        capacity as GENERAL MANAGER for BAY AREA
18                                      RAPID TRANSIT DISTRICT

19
   Dated: August ____, 2011             RAINS, LUCIA & STERN
20

22                                      By /s/ Lara Cullinane-Smith_____
                                        MICHAEL L. RAINS
                                        LARA CULLINANE-SMITH
23                                      Attorneys for Defendant
                                        JOHANNES MEHSERLE
24

25 Dated: August ____, 2011             BERRY WILKINSON LAW GROUP

27                                      By_____
                                        ALISON BERRY WILKINSON
28                                      Attorney for Defendant
                                        MARYSOL DOMENICI

STIPULATION/ORDER RE: CONTINUING CASE MANAGEMENT CONFERENCE              - 2 -
CASE NO.: C10-00005 MHP (JCS)

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that:

The Case Management Conference scheduled for August 12, 2011 is continued to September 30 , 2011 at   9:00  , in Courtroom 17.

Dated: August 10, 2011

_____
HON. EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA